**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    ANTHONY E. GARCIA,                          No. C-13-4964 EMC (pr)
9              Plaintiff,
10        v.                                     **ORDER OF TRANSFER**
11   RON DAVIS; *et al.*,
12             Defendants.
     _____/
13
14        Plaintiff, an inmate at the Valley State Prison in Chowchilla, filed this *pro se* civil action,
15   complaining of events and omissions that occurred at that prison, which is located in Madera
16   County.  Madera County is located within the venue of the Eastern District of California.  Defendant
17   is the warden of that prison and apparently resides in the Eastern District of California.  No
18   defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint
19   occurred in, the Northern District.  Venue therefore would be proper in the Eastern District, and not
20   in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28
21   U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern
22   District of California.  The Clerk shall transfer this matter.
23        IT IS SO ORDERED.
24
25   Dated: February 7, 2014
26
27                                               _____
                                                 EDWARD M. CHEN
                                                 United States District Judge
28